**Order entered October 9, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00099-CV

### DALLAS POLICE & FIRE PENSION SYSTEM, Appellant

### V.

### TOWNSEND HOLDINGS, LLC D/B/A THE TOWNSEND GROUP, RICHARD BROWN, MARTIN ROSENBERG, AND GARY B. LAWSON, Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-11306**

### ORDER

Before the Court is appellant's October 5, 2023 unopposed motion for extension of time to file its reply brief. We **GRANT** the motion and extend the time to November 15, 2023.

/s/ BILL PEDERSEN, III
   JUSTICE